United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-13419-jkf
Peter T. LeBoon                                                           Chapter 13
Patricia E. LeBoon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey            Page 1 of 2              Date Rcvd: Aug 20, 2018
                             Form ID: 138NEW         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db          +Peter T. LeBoon,    491 Baltimore Pike,    #425,   Springfield, PA 19064-3810
jdb          Patricia E. LeBoon,    401 Baltimore Pike,    #425,   Springfield, PA 19064
13528553    +Asset Recovery Group,    11856 Balboa Boulevard,    Granada Hills, CA 91344-2753
13528554    +Blatt, Hasenmiller, et al.,    1835 Market Street,    Suite 501,   Philadelphia, PA 19103-2933
13528555    +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
13528556    +Collection Recovery Services,    29 Regency Plaza,    Glen Mills, PA 19342-1001
13602681     Credit First NA,    BK13-Credit Operations,    PO Box 818011,   Cleveland, OH 44181-8011
13528557     Credit First Natl. Assn.,    P.O. Box 81315,    Cleveland, OH 44181-0315
13528549    +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
              Norristown, PA 19401-4807
13528558    +Enhanced Recovery Corporation,    10550 Deerwood Park Blvd.,    Suite 600,
              Jacksonville, FL 32256-2811
13528561     Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    P.O. Box 500,   Eatontown, NJ 07724-0500
13528562    +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
13528563    +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Boulevard,    Mailstop MS5/251,
              Coral Gables, FL 33146-1837
13574233    +Midland Credit Management, Inc. as agent for   MIDL,    PO Box 2011,   Warren, MI 48090-2011
13533731    +PNC BANK,   N/A,   P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13528565    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13528570    +Woodstream Condominium Association,    c/o Robert J. Hoffman, Esquire,    326 West State Street,
              Media, PA 19063-2616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:16      City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:49
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2018 02:25:08      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13532451     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2018 02:37:50
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
13592714     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2018 02:37:50
              American InfoSource LP as agent for,    Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13528559     E-mail/Text: data_processing@fin-rec.com Aug 21 2018 02:24:38      Financial Recovery Services,
              P.O. Box 385908,   Minneapolis, MN 55438-5908
13528552    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 21 2018 02:24:59      Frederic J. Baker, Esquire,
              Office of U.S. Trustee,   833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13528560     E-mail/Text: bankruptcy@sccompanies.com Aug 21 2018 02:25:41      Ginny's,   1112 7th Avenue,
              Monroe, WI 53566-1364
13576398    +E-mail/Text: bankruptcy@sccompanies.com Aug 21 2018 02:25:41      Ginny's,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13563560    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2018 02:24:59      Midland Credit Management, Inc.,
              as agent for MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
13528564    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2018 02:24:59      Midland Funding, LLC,
              8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13528566     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2018 02:38:04
              Portfolio Recovery Associates,   120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
13607610     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2018 02:37:48
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13528567     E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2018 02:38:08      Synchrony Bank/Sleepys,
              P.O. Box 965036,   Orlando, FL 32896-5036
13528568     E-mail/Text: bankruptcy@td.com Aug 21 2018 02:25:01      TD Bank,   P.O. Box 9547,
              Portland, ME 04112-2651
13528569    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2018 02:24:31
              Verizon Pennsylvania,   500 Technology Drive,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Woodstream Condominium Association,    c/o Robert J. Hoffman, Esquire,   326 West State Street,
              Media, PA 19063-2616
13530248*   +Woodstream Condominium Association,    c/o Robert J. Hoffman, Esquire,   326 West State Street,
              Media, PA 19063-2616

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Aug 20, 2018
                               Form ID: 138NEW           Total Noticed: 33

13528551     ##+Patricia E. LeBoon,    810 Souith Avenue,    Unit G-1,    Secane, PA 19018-4431
13528550     ##+Peter T. LeBoon,    810 Souith Avenue,    Unit G-1,    Secane, PA 19018-4431
                                                                                TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Peter T. LeBoon spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              DAVID B. SPITOFSKY    on behalf of Joint Debtor Patricia E. LeBoon spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ROBERT J. HOFFMAN    on behalf of Creditor    Woodstream Condominium Association
               collections@marcushoffman.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Peter T. LeBoon and Patricia E. LeBoon

    Debtor(s)

Bankruptcy No: 15−13419−jkf

Chapter: 13

_____

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/20/18

42 − 41
Form 138_new