United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter T. LeBoon  
Patricia E. LeBoon  
    Debtors

Case No. 15-13419-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 28, 2018  
                       Form ID: 195     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.  
db        +Peter T. LeBoon,    491 Baltimore Pike,    #425,    Springfield, PA 19064-3810  
jdb        Patricia E. LeBoon,    401 Baltimore Pike,    #425,    Springfield, PA  19064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:  
      DAVID B. SPITOFSKY    on behalf of Debtor Peter T. LeBoon spitofskybk@verizon.net, spitofskylaw@verizon.net  
      DAVID B. SPITOFSKY    on behalf of Joint Debtor Patricia E. LeBoon spitofskybk@verizon.net, spitofskylaw@verizon.net  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      ROBERT J. HOFFMAN    on behalf of Creditor   Woodstream Condominium Association collections@marcushoffman.com  
      THOMAS I. PULEO    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
                                                                     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Peter T. LeBoon and Patricia E. LeBoon                                 : Case No. 15–13419–jkf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , September 28, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

45
Form 195