United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-13419-jkf
Peter T. LeBoon                                                     Chapter 13
Patricia E. LeBoon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 1           Date Rcvd: Sep 28, 2018
                              Form ID: 3180W           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db           +Peter T. LeBoon,    491 Baltimore Pike,   #425,   Springfield, PA 19064-3810
jdb           Patricia E. LeBoon,    401 Baltimore Pike,   #425,   Springfield, PA 19064
13528549     +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,   516 Swede Street,
               Norristown, PA 19401-4807
13574233     +Midland Credit Management, Inc. as agent for MIDL,   PO Box 2011,   Warren, MI 48090-2011
13533731     +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
13528570     +Woodstream Condominium Association,    c/o Robert J. Hoffman, Esquire,   326 West State Street,
               Media, PA 19063-2616
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:30      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:39      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13532451      EDI: AIS.COM Sep 29 2018 06:53:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
13592714      EDI: AIS.COM Sep 29 2018 06:53:00      American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK 73124-8838
13602681      EDI: CRFRSTNA.COM Sep 29 2018 06:53:00      Credit First NA,   BK13-Credit Operations,
               PO Box 818011,   Cleveland, OH 44181-8011
13576398     +EDI: CBS7AVE Sep 29 2018 06:53:00      Ginny's,   c/o Creditors Bankruptcy Service,
               P.O. Box 800849,   Dallas, TX 75380-0849
13563560     +EDI: MID8.COM Sep 29 2018 06:53:00      Midland Credit Management, Inc.,
               as agent for MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13607610      EDI: PRA.COM Sep 29 2018 06:53:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              DAVID B. SPITOFSKY   on behalf of Debtor Peter T. LeBoon spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              DAVID B. SPITOFSKY   on behalf of Joint Debtor Patricia E. LeBoon spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              ROBERT J. HOFFMAN   on behalf of Creditor    Woodstream Condominium Association
               collections@marcushoffman.com
              THOMAS I. PULEO   on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Peter T. LeBoon** | Social Security number or ITIN  **xxx–xx–2285** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patricia E. LeBoon** | Social Security number or ITIN  **xxx–xx–3352** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: **15–13419–jkf** | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter T. LeBoon                                              Patricia E. LeBoon

9/27/18                                                      **By the court:**   Jean K. FitzSimon
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**